**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Annette N Camporeale** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5683** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** <br> Case number:   **19–06840** | | Date case filed for chapter  **7**   **3/12/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Annette N Camporeale | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1021 Fall Circle <br> Roselle, IL 60172 | |
| 4. | **Debtor's attorney** <br> Name and address | Christine Thurston <br> Thurston Law Firm <br> 208 S. LaSalle <br> Suite 1410 <br> Chicago, IL 60604 | Contact phone 312–818–8008 <br> Email:  cthurston@thurstonlawfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Frank J Kokoszka <br> Kokoszka & Janczur, P.C. <br> 19 South LaSalle <br> Suite 1201 <br> Chicago, IL 60603–1419 | Contact phone 312–443–9600 <br> Email: trustee@k–jlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Annette N Camporeale**        Case number **19–06840**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1−866−222−8029<br><br>Date: 3/13/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 22, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/21/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-06840-JSB
Annette N Camporeale                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez            Page 1 of 1              Date Rcvd: Mar 13, 2019
                              Form ID: 309A            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
```
db            +Annette N Camporeale,   1021 Fall Circle,   Roselle, IL 60172-3515
27634234      +Benedictine University,   Business Office,   5700 College Road,   Lisle, IL 60532-2851
27634238      +Costco Anywhere Visa,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
27634239      +Federal National Mortgage Associati,   1100 15th Street, NW,   Washington, DC 20005-1707
27634240      +General Revenue Corporation,   Attn: Bankruptcy Dept.,   4660 Duke Dr., Ste 300,
                Mason, OH 45040-8466
27634241       Jerry Kinnan,   1134, 1112 Old Fence Rd,   Addison, IL 60101
27634242      +Lincoln Property Company,   2000 McKinney Ave #1000,   Dallas, TX 75201-2027
27634243      +McCalls Raymer Leibert Pierce,   1 N Dearborn, Suite 1200,   Chicago, IL 60602-4337
27634244      +Mirabella, Kincaid, Frederick & Mir,   1737 S. Naperville Road, Suite 100,
                Wheaton, IL 60189-5894
27634245      +New Hampshire Higher Ed/Granite State Mg,   Attn: Bankruptcy,   Po Box 2097,
                Concord, NH 03302-2097
27634246      +Rathje Woodward,   300 E. Roosevelt Road, Suite 300,   Wheaton, IL 60187-1908
27634247      +Seterus,   PO Box 1077,   Hartford, CT 06143-1077
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: cthurston@thurstonlawfirm.com Mar 14 2019 02:24:22       Christine Thurston,
                Thurston Law Firm,   208 S. LaSalle,   Suite 1410,   Chicago, IL  60604
tr             EDI: QFJKOKOSZKA.COM Mar 14 2019 06:04:00       Frank J Kokoszka,   Kokoszka & Janczur, P.C.,
                19 South LaSalle,   Suite 1201,   Chicago, IL  60603-1419
27634232      +EDI: GMACFS.COM Mar 14 2019 06:03:00       Ally Financial,   Attn: Bankruptcy Dept,
                Po Box 380901,   Bloomington, MN 55438-0901
27634233       EDI: BANKAMER.COM Mar 14 2019 06:04:00      Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998
27634235      +EDI: CAPITALONE.COM Mar 14 2019 06:04:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
27634236      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Mar 14 2019 02:26:55       Comed,
                Bankruptcy Dept,   1919 Swift Drive,   Oakbrook Terrace, IL 60523-1502
27634237      +EDI: WFNNB.COM Mar 14 2019 06:03:00       Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                Po Box 182125,   Columbus, OH 43218-2125
27634248      +EDI: RMSC.COM Mar 14 2019 06:04:00       Synchrony Bank/Amazon,   Po Box 965015,
                Orlando, FL 32896-5015
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
```
              Christine Thurston    on behalf of Debtor 1 Annette N Camporeale cthurston@thurstonlawfirm.com,
               r55929@notify.bestcase.com
              Frank J Kokoszka    trustee@k-jlaw.com,   fkokoszka@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```